

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00710-CV

**IN THE INTEREST OF G.A.M, M.A.S.B. & G.E.E.,** children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02590
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice
        Irene Rios, Justice
        Beth Watkins, Justice
        Liza A. Rodriguez, Justice

The en banc court has considered appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court